**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES FRISVOLD, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada stock corporation; DAVE BENNETT, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00964-TLN-CSK<br><br>**ORDER GRANTING JOINT STIPULATION SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION** |

# **ORDER**

This matter comes before the Court on the Joint Stipulation of Plaintiff JAMES FRISVOLD ("Plaintiff") and Defendant SCHNEIDER NATIONAL CARRIERS, INC. ("Defendant") (collectively, the "Parties") Setting Briefing and Hearing Schedule on Defendant's Motion to Compel Individual Arbitration (the "Stipulation").

Having reviewed the Stipulation, and finding good cause exists for the relief requested therein, the Stipulation is hereby **GRANTED** as follows:

1. Defendant shall file its Motion to Compel Individual Arbitration ("MTCIA") by May 2, 2025;

2. Plaintiff shall file and serve his opposition to Defendant's MTCIA by May 23, 2025;

3. Defendant shall file and serve its reply in support of its MTCIA by June 6, 2025;

4. The Parties shall meet and confer so that Defendant's MTCIA is noticed for a mutually agreeable hearing date that is no sooner than fourteen (14) days following the filing and service of Defendant's reply in support of its MTCIA; and

5. By entering into the Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this action including, without limitation, with respect to the Complaint and/or the arbitrability of this action.

**IT IS SO ORDERED.**

Dated: April 14, 2025

_____
Troy L. Nunley
Chief United States District Judge